IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAM HUDSON, | § | |
| | § | No. 262, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1104009274 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: September 22, 2025
Decided: November 24, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## ORDER

After consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the commissioner's April 30, 2025 report recommending that the Superior Court summarily dismiss the appellant's second motion for postconviction relief, which the Superior Court adopted in its entirety on June 6, 2025.[1]

---

[1] *State v. Hudson*, 2025 WL 1251317 (Del. Super. Ct. Apr. 30, 2025) (commissioner's report and recommendation).

NOW, THEREFORE, IT IS ORDERED that the State's motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

2